PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-MC-00025-DJC-CKD |
|---|---|
| Plaintiff, | *AMENDED* STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $23,505.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Gal Yifrach ("claimant"), by and through their respective counsel, as follows:

1.      On or about October 26, 2023, claimant filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $23,505.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about July 27, 2023.

2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1

Amended Stipulation and Order to Extend Time

1  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the

2  parties.  That deadline is January 24, 2024.

3      4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April

4  23, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the

5  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

6  forfeiture.

7      5.      Accordingly, the parties agree that the deadline by which the United States shall be

8  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

9  alleging that the defendant currency is subject to forfeiture shall be extended to April 23, 2024.

10  Dated: 1/23/2024                                     PHILLIP A. TALBERT
                                                          United States Attorney
11
                                               By:        /s/ Kevin C. Khasigian
12                                                         KEVIN C. KHASIGIAN
                                                           Assistant U.S. Attorney
13

14

15  Dated: 1/23/2024                                      /s/ Richard M. Barnett
                                                           RICHARD M. BARNETT
16                                                         Attorney for potential claimant
                                                           Gal Yifrach
17
                                                          (Signature authorized by phone)
18

19

20

21      **IT IS SO ORDERED**.

22

23  Dated:  January 26, 2024                              /s/ Daniel J. Calabretta

                                                           THE HONORABLE DANIEL J. CALABRETTA
24                                                         UNITED STATES DISTRICT JUDGE

25

26

27

28

                                                  2

                                                                    Amended Stipulation and Order to Extend Time